UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

L.C. et. als,                                                    **NOTICE OF APPEARANCE**

                                    Plaintiff,
                                                    10 Civ. 2964 (FB) (JMA)

                    -against-

THE CITY OF NEW YORK ET. ALS.,

                                    Defendants.
-------------------------------------------------------------------- x

        The undersigned enters his appearance as co-attorney for plaintiff L.C. et. als.,

and requests that a copy of all papers in this action be served on them at the office address stated

below.

DATED:        June 30, 2010
              New York, New York


                            ROBERT MARINELLI
                            305 Broadway, 14th Floor
                            New York, New York 10007
                            (212) 822-1427

                            By:


                            _____/ss/_____
                            ROBERT MARINELLI (RM-4242)